# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TERESA WALDRUP, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 11-0120-KD-C |
| ALLSTATE INSURANCE CO., et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 9, 2011, is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to dismiss (doc. 5) is DENIED and this action is REMANDED to the Circuit Court of Washington County, Alabama.

**DONE** this 24th day of May, 2011.

                                                 s/ Kristi K. DuBose
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**