# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TERESA WALDRUP, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 11-0120-KD-C |
| ALLSTATE INSURANCE CO., et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby ORDERED, ADJUDGED, and DECREED that the defendants' motion to dismiss Morris Insurance Services, Inc., as a party defendant (Doc. 5) is DENIED and that this action is REMANDED to the Circuit Court of Washington County, Alabama, because this Court cannot exercise diversity jurisdiction.

**DONE** this 24th day of May, 2011.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE